USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1842 UNITED STATES, Appellee, v. DANIEL D. TAVARES, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. William G. Young, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Stahl, Circuit Judges. ______________ ____________________ Daniel D. Tavares on brief pro se. _________________ Donald K. Stern, United States Attorney, and Michael J. Pelgro, _______________ _________________ Assistant United States Attorney, on brief for appellee. ____________________ FEBRUARY 25, 1998 ____________________ Per Curiam. Pro se prisoner Daniel Tavares appeals a ___________ ___ __ district court order that denied a motion for new trial that he filed on April 14, 1997.1 The motion was properly denied. 1 The motion was not based on newly discovered evidence and it was filed, without an extension, more than two years after the jury found Tavares guilty of being a felon in possession of a firearm. See 18 U.S.C. 922(g)(1). Thus, the motion ___ was plainly untimely under Fed. R. Crim. P. 33, and the district court had no jurisdiction to grant it. See United ___ ______ States v. DiSanto, 86 F.3d 1238, 1250 n. 12 (1st Cir. 1996). ______ _______ Although we need not reach the issue, we note that the ineffective assistance of counsel claim that Tavares argues on appeal is meritless. The additional points, raised for the first time in Tavares's reply brief, are not properly before us.  Affirmed. See Local Rule 27.1. ________ ___  ____________________ 1Tavares's reply brief incorrectly asserts that this 1 appeal pertains to another motion for new trial that appears as Exhibit D to the government's brief. However, the record indicates that Tavares never filed a notice of appeal from the order that denied that motion. -2-